NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MAINE COMMUNITY HEALTH OPTIONS,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

2017-2395

_____

Appeal from the United States Court of Federal Claims in No. 1:16-cv-00967-EGB, Senior Judge Eric G. Bruggink.

_____

Decided: July 9, 2018

_____

STEPHEN JOHN MCBRADY, Crowell & Moring, LLP, Washington, DC, for plaintiff-appellant.

ALISA BETH KLEIN, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee. Also represented by MARK B. STERN, CARLEEN MARY ZUBRZYCKI, CHAD A. READLER.

_____

Before PROST, *Chief Judge,* NEWMAN and MOORE,
*Circuit Judges.*

PROST, *Chief Judge.*

For the reasons stated in our decisions in *Moda Health Plan, Inc. v. United States*, 17-1994, and *Land of Lincoln Mutual Health Insurance Co. v. United States*, 17-1224, and consistent with the statement of appellant Maine Community Health Options, we affirm.

Appellant's motion to enter judgment is denied as moot.

**AFFIRMED**